**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In Re: VENTANA HILLS ASSOCIATES, LTD., | ) | |
| an Ohio limited partnership, and | ) | Case No. 09-41755 |
| VENTANA HILLS PHASE II, LLC., | ) | (jointly administered) |
| an Ohio limited liability company | ) | |

## NOTICE OF FILING

TO:   See attached service list:

PLEASE TAKE NOTICE that on March 31, 2010, we caused to be filed in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn, Chicago, Illinois, AMENDED CASH COLLATERAL BUDGET, a copy of which is attached and herewith served upon you.

/s/ Richard H. Fimoff

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Leslie Allen Bayles – leslie.bayles@bryancave.com
Eric S. Prezant – eric.prezant@bryancave.com
Bryan Case LLP
161 N. Clark Street, Suite 4300
Chicago, IL  60601

Devon J. Eggert – deggert@freebornpeters.com
Aaron L. Hammer – ahammer@freebornpeters.com
Freeborn & Peters, LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL  60606

/s/ Richard H. Fimoff
RICHARD H. FIMOFF  (#804886)
Robbins, Salomon & Patt, Ltd.
25 E. Washington St., Suite 1000
Chicago, Illinois 60602
Telephone: (312) 782-9000
rfimoff@rsplaw.com

DW8495

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re: VENTANA HILLS ASSOCIATES, LTD., an Ohio limited partnership, | ) ) ) ) ) | Case No. 09-41755 (substantively consolidated) |

### Amended Cash Collateral Budget

By agreement of the Debtors, Ventana Hills Associates, Ltd., and Ventana Hills Phase II, LLC., and Anglo Irish Bank, their secured creditor, the cash collateral budget attached hereto as Exhibit A shall be the cash collateral budget for the period from March 13, 2010 through April 9, 2010.

VENTANA HILLS ASSOCIATES, LTD.
VENTANA HILLS PHASE II, LLC

BY: _____
One of their attorneys

ANGLO-IRISH BANK

BY: _____
One of its attorneys

Richard H. Fimoff
William S. Castle
Robbins, Salomon & Patt, Ltd.
25 E. Washington Street
Suite 1000
Chicago, Illinois 60601
(312) 782-9000

Eric S. Prezant
Leslie Allen Bayles
Aaron Davis
Bryan Cave LLP
161 North Clark Street
Suite 4300
Chicago, IL 60601-3315
(312) 602-5000

DW2862

Date: 3/31/2010 8:10 AM

Ventana Hills Associates Ltd
Cash Flow Budget

| Week ending: | | FORECAST 13-Mar | FORECAST 20-Mar | FORECAST 27-Mar | FORECAST 3-Apr |
|---|---|---|---|---|---|
| Receipts | Rent | 57,000 | 30,446 | 15,000 | 200,000 |
| Total Receipts | | 57,000 | 30,446 | 15,000 | 200,000 |
| Payments | | | | | |
| OPERATING EXPENSES | | | | | |
| 44499-000 | PAYROLL AND BENEFITS | | | | |
| 44500-000 | Management Salaries | 1,619 | | 1,619 | |
| 44510-000 | Payroll Allocations(Mgr) | 540 | | 540 | |
| 44520-000 | Assistant Manager | 1,200 | | 1,200 | |
| 44540-000 | Office/Leasing Wages | 1,840 | | 1,840 | |
| 44555-000 | Regional Maintenance Wages | 1,750 | | 1,750 | |
| 44556-000 | Regional Maintenance Allocations | (1,330) | | (1,330) | |
| 44560-000 | Maintenance Supervisor Wages | 1,527 | | 1,527 | |
| 44570-000 | Maintenance/Grounds Wages | 3,731 | | 3,731 | |
| 44610-000 | Payroll Allocations(Painting) | | | | |
| 44613-000 | Leasing Commission | 777 | | 777 | |
| 44617-000 | Renewal Bonus | 765 | | 765 | |
| 44520-000 | Employee Rent Discounts | 1,944 | | | |
| 44630-000 | Taxes and Benefits | 1,436 | | 1,436 | |
| 44640-000 | Health Insurance | 1,799 | | | |
| 44640-000 | Health Insurance (employee) | | | | |
| 44650-000 | Workers Compensation | | 477 | | |
| 44698-000 | TOTAL PAYROLL AND BENEFITS | 17,596 | 477 | 13,853 | 0 |
| 54999-000 | GENERAL AND ADMINISTRATIVE | | | | |
| 55100-000 | Answering Service | | | | |
| 55120-000 | Automobile Expense | 80 | | | |
| 55140-000 | Bank Service Charges | | 450 | | |
| 55160-000 | Cable/Internet | | 120 | | |
| 55180-000 | Computer License Fees | | 105 | | |
| 55220-000 | Copier Lease | | 140 | | |
| 55240-000 | Copies, Printing and Forms | 498 | 160 | | |
| 55260-000 | Credit Report Processing | | 321 | | |
| 55270-000 | Furniture Rental - Residents | | | | |
| 55320-000 | Late Fees | | | | |
| 55340-000 | Legal & Professional Fees | | 500 | | |
| 55360-000 | Licenses and Permits | | 9,100 | | |
| 55380-000 | Meals | | 100 | | |
| 55400-000 | Membership Dues | | 210 | | |
| 55420-000 | Mileage Reimbursement | | 75 | | |
| 55480-000 | Monitoring Fees | 1,117 | 1,117 | | |
| 55500-000 | Office Supplies | | 200 | | |
| 55520-000 | Payroll Processing | | 145 | | |
| 55540-000 | Postage and Delivery | | 100 | | |
| 55560-000 | Professional Development | | 50 | | |
| 55580-000 | Recruiting | | | | |
| 55600-000 | Telephone | 500 | 300 | | |
| 55610-000 | Telephone - Mobile | 165 | | | |
| 55620-000 | Travel | | | | |
| 55640-000 | Uniforms | | 800 | | |
| 55690-000 | Other | | | | |
| 55698-000 | TOTAL GENERAL AND ADMINISTRATIVE | 2,359 | 13,993 | 0 | 0 |

Date: 3/31/2010 8:10 AM

Verona H...s Associates Ltd
Cash Flow Budget

| Week ending: | | 13-Mar | 20-Mar | 27-Mar | 3-Apr |
|---|---|---|---|---|---|
| | | FORECAST | FORECAST | FORECAST | FORECAST |
| 65999-000 | ADVERTISING AND PROMOTION | | | | |
| 66010-000 | Advertising - Apartment Finder | | 1,199 | | |
| 66050-000 | Advertising - Apartments.com | | | | |
| 66070-000 | Advertising - ForRent Magazine | 829 | | | |
| 66090-000 | Advertising - Move.com | 205 | | | |
| 66150-000 | Advertising - OnHoldUSA | | | | |
| 66210-000 | Advertising - Rent.com | 778 | | | |
| 66250-000 | Advertising - Rental Guide | | 720 | | |
| 66270-000 | Brochures | | 50 | | |
| 66290-000 | Holiday Supplies | | | | |
| 66310-000 | Promotional Items | | 450 | | |
| 66330-000 | Public Relations | | 50 | | |
| 66350-000 | Referral Fees - Other | 500 | 125 | | |
| 66370-000 | Referral Fees - Realtor | | | | |
| 66390-000 | Referral Fees - Resident | 500 | 500 | 500 | |
| 66430-000 | Resident Functions | | 350 | | |
| 66450-000 | Website Hosting | | 20 | | |
| 66598-000 | TOTAL ADVERTISING AND PROMOTION | 2,607 | 3,669 | 500 | 0 |
| 69999-000 | UTILITIES | | | | |
| 70010-000 | Alarm Line Service | 1,950 | | | |
| 70030-000 | Cable | | | | |
| 70050-000 | Electricity - Common | 11,600 | | | |
| 70070-000 | Electricity - Other | | 1,671 | | |
| 70090-000 | Electricity - Vacant | | | | |
| 70110-000 | Gas - Common | | 900 | | |
| 70130-000 | Gas - Vacant | | 8,348 | | |
| 70150-000 | Gas - Other | | | | |
| 70190-000 | Trash Equipment Rental | | 366 | | |
| 70210-000 | Trash Removal | | 1,850 | | |
| 70250-000 | Water / Sewer - MATR | | 11,000 | | 11,000 |
| 70598-000 | TOTAL UTILITIES | 13,550 | 24,135 | 0 | 11,000 |
| 79999-000 | BUILDING MAINTENANCE | | | | |
| 80020-000 | Alarm Systems | | | | |
| 80040-000 | Appliances - Repairs | | 100 | | |
| 80050-000 | Appliances - Supplies | | | | |
| 80080-000 | Cleaning | | 150 | | |
| 80100-000 | Electric - Repairs | | | | |
| 80110-000 | Electric - Supplies | | 225 | | |
| 80190-000 | Exterminating | 171 | 171 | | 171 |
| 80250-000 | Hardware and Supplies | | 195 | | |
| 80270-000 | HVAC - Repairs | | | | |
| 80280-000 | HVAC - Supplies | | 125 | | |
| 80300-000 | Inspections | | | | |
| 80320-000 | Janitorial Supplies | | 500 | | |
| 80340-000 | Plumbing - Repairs | | | | |
| 80350-000 | Plumbing - Supplies | | 120 | | |
| 80380-000 | Pressure Washing - Contract | | | | |
| 80400-000 | Window Washing | | | | |
| 80498-000 | TOTAL BUILDING MAINTENANCE | 171 | 1,586 | 0 | 171 |
| 80499-000 | GROUNDS MAINTENANCE | | | | |
| 80540-000 | Equipment - Maintenance | | | | |
| 80560-000 | Equipment - Operations | | 150 | | |

Date: 3/31/2010 8:10 AM

Cash Flow Budget

| Account | Week ending: | 13-Mar FORECAST | 20-Mar FORECAST | 27-Mar FORECAST | 3-Apr FORECAST |
|---|---|---|---|---|---|
| 80590-000 | Gate Repair | | | | |
| 80640-000 | Landscape - Contract | | | | 22,665 |
| 80660-000 | Landscape - Supplies | | | | |
| 80680-000 | Pool - Contract | | | | |
| 80700-000 | Pool - Supplies | | | | |
| 80740-000 | Snow Removal - Supplies | 800 | 900 | 800 | 500 |
| 80780-000 | Other | | | | |
| 80798-000 | TOTAL GROUNDS MAINTENANCE | 800 | 1,050 | 800 | 23,165 |
| 80999-000 | RENEWAL EXPENSE | | | | |
| 81020-000 | Carpet Cleaning and Repair | | 435 | | |
| 81060-000 | Painting | | 500 | | |
| 81998-000 | TOTAL RENEWAL EXPENSE | 0 | 935 | 0 | 0 |
| 81999-000 | TURNOVER EXPENSE | | | | |
| 82020-000 | Carpet Cleaning | 319 | 431 | | 200 |
| 82040-000 | Carpet Repair | | 110 | | |
| 82060-000 | Cleaning - Contract | 964 | 482 | | 383 |
| 82120-000 | Paint - Supplies | 1,071 | | | |
| 82140-000 | Paint - Contract | 2,570 | 2,570 | 2,571 | 2,041 |
| 82198-000 | TOTAL TURNOVER EXPENSE | 4,924 | 3,593 | 2,571 | 2,624 |
| 89999-000 | OTHER OPERATING EXPENSES | | | | |
| 90025-000 | Accounting Fees | 12,584 | | | |
| 90050-000 | Management Fees | | | | 14,906 |
| 90200-000 | Insurance - Auto | | 106 | | |
| 90250-000 | Insurance - Package | | 5,893 | | |
| 90500-000 | Real Estate Taxes | | | 139,163 | |
| 90998-000 | TOTAL OTHER OPERATING EXPENSES | 12,584 | 5,999 | 139,163 | 14,906 |
| 99900-000 | TOTAL OTHER INCOME/EXPENSES | 0 | 0 | 0 | 0 |
| | TOTAL MISCELLANEOUS FIXED ASSETS | 0 | 0 | 4,025 | 0 |
| 15110-000 | Transportation Vehicle | | | | |
| 15120-000 | Tools | | | 75 | |
| 15050-000 | Golf Carts | | | 3,500 | |
| 15090-000 | Equipment | | | 300 | |
| 15020-000 | Landscape Improvements | | | 150 | |
| 14999-000 | FIXED ASSETS | | | | |
| | NECESSARY CAPITAL EXPENDITURES | | | | |
| 15149-000 | BUILDING IMPROVEMENTS | | | | |
| 15150-000 | Back Flows | | | 0 | |
| 15160-000 | Balconies | | | | |
| 15180-000 | Doors & Windows | | | | |
| 15190-000 | Electric | | | | |
| 15200-000 | Fire Extinguishers | | | | |
| 15220-000 | Gutter & Downspouts | | | 125 | |
| 15260-000 | HVAC | | | | |
| 15270-000 | Lighting | | | 625 | |
| 15300-000 | Patio Doors | | | | |
| 15320-000 | Plumbing | | | 200 | |
| 15330-000 | Roofs | | | 1,200 | |
| 15340-000 | Screens | | | 100 | |
| 15346-000 | Siding | | | | |
| 15378-000 | TOTAL BUILDING IMPROVEMENTS | 0 | 0 | 2,250 | 0 |

Page

Date: 3/31/2010 8:10 AM

Cash Flow Budget

| Week ending | | 13-Mar FORECAST | 20-Mar FORECAST | 27-Mar FORECAST | 3-Apr FORECAST |
|---|---|---|---|---|---|
| 15379-000 | EXTERIOR IMPROVEMENTS | | | | |
| 15410-000 | Garage Doors | | | 200 | |
| 15420-000 | Garages | | | 150 | |
| 15430-000 | Gates | | | | |
| 15440-000 | Irrigation | | | | |
| 15470-000 | Painting | | | | |
| 15480-000 | Parking Lots | | | 75 | |
| 15490-000 | Seal Coating | | | | |
| 15500-000 | Sidewalks | | | | |
| 15510-000 | Signage | | | | |
| 15530-000 | Trash Areas | | | | |
| 15540-000 | Wells | | | | |
| 15558-000 | TOTAL EXTERIOR IMPROVEMENTS | 0 | 0 | 425 | 0 |
| 15559-000 | UNIT IMPROVEMENTS | | | | |
| 15570-000 | Blinds | | | 150 | |
| 15580-000 | Cabinets | | | 400 | |
| 15590-000 | Carpet | | 6,300 | | |
| 15610-000 | Electric | | | 50 | |
| 15620-000 | Fire & Flood | 1,911 | 903 | | |
| 15630-000 | Hardware / Doors | | | 2,368 | |
| 15640-000 | Hot Water Heaters | 594 | | | |
| 15650-000 | HVAC | | | 2,675 | |
| 15660-000 | Lighting | | | 85 | |
| 15670-000 | Plumbing | | | 225 | |
| 15680-000 | Tile | | | 858 | |
| 15690-000 | Vinyl | 591 | | | |
| 15710-000 | Walls | | | 391 | |
| 15728-000 | TOTAL UNIT IMPROVEMENTS | 3,096 | 7,203 | 7,202 | 0 |
| 15729-000 | APPLIANCES | | | | |
| 15740-000 | Dishwasher | | | | |
| 15750-000 | Dryer | | | | |
| 15760-000 | Exhaust Fan | | | 25 | |
| 15770-000 | Garbage Disposal | | | 525 | |
| 15780-000 | Microwave | | | 1,500 | |
| 15790-000 | Appliance Parts | | | 410 | |
| 15800-000 | Range | | | | |
| 15820-000 | Refrigerator | | | | |
| 15830-000 | Washer | | | 325 | |
| 15848-000 | TOTAL APPLIANCES | 0 | 0 | 2,785 | 0 |
| 15849-000 | COMMON AREA | | | | |
| 15860-000 | Business Center | | | | |
| 15870-000 | Clubhouse | | | 7,460 | |
| 15880-000 | Fitness Center | | | | |
| 15890-000 | Pool | | | | |
| 15900-000 | Pool Equipment | | | | |
| 15928-000 | COMMON AREA | 0 | 0 | 7,460 | 0 |
| 15929-000 | MARKETING DEVELOPMENT | | | | |
| 15940-000 | Ads | | | | |
| 15950-000 | Brochures | | | | |
| 15970-000 | Stationary | | | | |
| 15929-000 | MARKETING DEVELOPMENT | 0 | 0 | 0 | 0 |

Date: 3/31/2010 8:10 AM

Orchard Hills Associates Ltd.

| Week ending: | | 13-Mar | 20-Mar | 27-Mar | 3-Apr |
|---|---|---|---|---|---|
| | | FORECAST | FORECAST | FORECAST | FORECAST |
| | SECURITY DEPOSITS FUNDED | | | | |
| 169999-000 | OTHER ASSETS | | | | |
| 17000-000 | Vendor Security Deposits - Duquesne/WATA | | | | |
| 17199-000 | TOTAL OTHER ASSETS | 0 | 0 | 0 | 0 |
| 21000-000 | Local Service Tax - Withholding | | | | |
| | ADD TO OPENING CASH BALANCE | | | | |
| | NON-CASH PR ALLOCATION ADJ. | 741 | | 741 | |
| Total Payments | | 58,439 | 62,640 | 181,775 | 51,866 |
| Cashflow Surplus/Deficit (-) | | (1,429) | (32,194) | (166,775) | 148,134 |
| Opening Cash Balance | | 206,108 | 204,680 | 172,486 | 5,711 |
| Closing Cash Excl. Adequate Protection Pmts | | 204,680 | 172,486 | 5,711 | 153,845 |
| ADEQUATE PROTECTION PAYMENTS | | | | | |
| TRUE UP PAYMENT | | | | | |
| Closing Cash Incl. Adequate Protection Pmts | | 204,680 | 172,486 | 5,711 | 153,845 |