# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| EDSCHA NORTH AMERICA, INC. d/b/a EDSCHA U.S.A., INC. and EDSCHA JACKSON, INC. | Case No. 09-39055 |
| | Hon. Carol A. Doyle |
| Debtor. | Date: February 25, 2010<br>Time: 10:00 a.m. |

## ORDER EXTENDING TIME TO FILE A PLAN AND DISCLOSURE STATEMENT

This matter coming before the Court on the Joint Motion of the Debtor and the Creditors Committee to Extend Time to File a Plan and Disclosure Statement (the "Motion"), the Court having heard and considered the statements of counsel present and being otherwise fully informed in the premises and finding that the relief sought in the Motion to be in the best interests of the Debtor's estate:

IT IS HEREBY ORDERED as follows:

1. The Motion is Granted; and

2. The Debtor shall file a Plan of Reorganization and Disclosure Statement on or before April 30, 2010.

ENTERED:

_____
UNITED STATES BANKRUPTCY JUDGE

2/25/10