# UNITED STATES BANKRUPTCY COURT
# FOR THE NOTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| **EQUIPMENT ACQUISITION RESOURCES, INC.** | Case No. 09-39937 |
| | Hon. John H. Squires |
| Debtor. | Date: March 11, 2010<br>Time: 9:30 a.m. |

## NOTICE OF MOTION

To:  See Attached Service List

PLEASE TAKE NOTICE that on **March 11, 2010 at 9:30 a.m.** or as soon thereafter as counsel may be heard, we will appear before Chief Bankruptcy Judge Carol A. Doyle, or any other judge sitting in her stead, in Courtroom 742 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, on the attached **APPLICATION FOR ENTRY OF ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF ALLAN B. DIAMOND AND THE LAW FIRM OF DIAMOND MCCARTHY LLP AS SPECIAL LITIGATION COUNSEL TO THE DEBTOR**, at which time and place you may appear as you see fit.

**EQUIPMENT ACQUISITION RESOURCES, INC.**

By: ___/s/ George P. Apostolides_____.
       One of its Attorneys

Barry A. Chatz (06196639)
George P. Apostolides (06228768)
Kevin H. Morse (06297244)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL  60606
Phone:  (312)876-7100
Fax: (312)876-0288

8900216.1

## **CERTIFICATE OF SERVICE**

    I, George P. Apostolides, an attorney, certify that I caused a copy of the Notice and Application for Entry of an Order Authorizing Retention and Employment of Allan B. Diamond and the Law Firm of Diamond McCarthy LLP as Special Litigation Counsel to the Debtor to be served on the parties listed on the attached Service List by U.S. mail, postage prepaid, in addition to those parties receiving notification by participation in the Court's ECF system, as indicated on the attached Service List, on March 4, 2010.

                                                 By:   /s/ George P. Apostolides
                                                              One of Its Attorneys

Office of the U.S. Trustee
219 South Dearborn, Room 873
Chicago, IL  60604

William A. Brandt, Jr.
Development Specialists, Inc.
70 W. Madison Street, Suite 2300
Chicago, IL  60602

Sheldon Player
555 W. Vermont Street
Palatine, IL  60067

Katie Hinrichs
454 N. Aberdeen Street
Chicago, IL  60642

Forbes Enterprises, Inc.
Joseph Stephen Risi
405 N. 5th Street
Coos Bay, OR  97420

William Sullivan
Martin Brown Sullivan Roadman
   & Hartnett, Ltd.
135 S. LaSalle Street, Suite 3200
Chicago, IL  60603

Kurt M. Carlson
Jeffrey L. Gansberg
Much Shelist Denenberg, et al.
191 N. Wacker Drive, Suite 1800
Chicago, IL  60606

Gregory J. Jordan
Apostol Kowal & Jordan, Ltd.
200 S. Wacker Drive, 32nd Floor
Chicago, IL  60606

Brian H. Meldrum
Stites & Harbison, PLLC
400 W. Market Street
Louisville, KY  40207

Thomas V. Askounis
Alex Darcy
Askounis & Darcy PC
401 N. Michigan Avenue, Suite 550
Chicago, IL  60611

Brian Ira Tanenbaum
John A. Benson, Jr.
The Law Offices of Brian Ira
   Tanenbaum, Ltd.
2970 Maria Avenue, Suite 207
Northbrook, IL  60062

Ryan T. Shultz
Margaret Anderson
Fox Hefter Swibel Levin &
   Carroll LLP
200 W. Madison Street, Suite 3000
Chicago, IL  60606

Alexander D. Kerr, Jr.
David A. Kallick
Tishler & Wald, Ltd.
200 S. Wacker Drive, Suite 3000
Chicago, IL  60606

Sovereign Bank
c/o Dennis A. Dressler
Dressler & Peters, LLC
111 W. Washington Street
Suite 1900
Chicago, IL  60602

Richard M. Bendix
Morgan M. Smith
Dykema Gossett PLLC
10 S. Wacker Drive, Suite 2300
Chicago, IL  60606

Micael Weininger
Lupel Weininger LLP
30 N. LaSalle Street, Suite 3520
Chicago, IL  60602

Christopher B. Lega
Kevin J. Simrad
Riemer & Braunsstein LLP
71 S. Wacker Drive, Suite 3515
Chicago, IL  60606

Stephen T. Bobo
Reed Smith LLP
10 S. Wacker Drive, 40th Floor
Chicago, IL  60606

IBM Corporation
Beverly H. Shideler, BS8399
Two Lincoln Centre
Oakbrook Terrace, IL  60181

VW Credit, Inc.
P.O. Box 829009
Dallas, TX  75382

Mary E. Olson
David J. Fischer
Wildman Harrold Allen
   & Dixon LLP
225 W. Wacker Drive, Suite 3000
Chicago, IL  60606

OFC Capital Corporation
 c/o Gabriel B. Antman
Law Offices of Gabriel B. Antman, PC
77 W. Washington Street, Suite 719
Chicago, IL  60602

Karen R. Goodman
Gabriel Reilly-Bates
Shefksy & Froelich, Ltd.
111 E. Wacker Drive, Suite 2800
Chicago, IL  60601

Rosanne Ciambrone
Duane Morris LLP
190 S. LaSalle Street, Suite 3700
Chicago, IL  60603

American Bank Holdings, Inc.
c/o Todd Ross
Womble Carlyle Sandridge & Rice
1401 Eye Street, NW
Washington, DC  20005

F. Kevin Murnighan
Carey, Filter, White & Boland
33 W. Jackson Boulevard, 5th Floor
Chicago, IL  60604

Douglas J. Lipke
Vedder Price P.C.
222 N. LaSalle Street, Suite 2600
Chicago, IL  60601

Tina M. Jacobs
Jones & Jacobs
77 W. Washington Street, Suite 2100
Chicago, IL  60602

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA  19114

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street, Suite 2300
Chicago, IL  60606

| | | |
|---|---|---|
| Associate Area Counsel SB/SE<br>200 W. Adams Street, Suite 2300<br>Chicago, IL 60606 | Joel Nathan<br>United States Attorney<br>219 South Dearborn Street<br>Chicago, IL 60604 | D. Patrick Mullarkey<br>TAX Division (DOJ)<br>P.O. Box 55 – Ben Franklin Station<br>Washington, DC 20044 |
| Illinois Department of Revenue<br>101 W. Jefferson Street<br>Springfield, IL 62702 | Illinois Department of Revenue<br>100 W. Randolph Street, 7th Floor<br>Chicago, IL 60601 | Assistant Attorney General<br>Revenue Litigation Bureau<br>100 W. Randolph Street, 13th Floor<br>Chicago, IL 60601 |
| American Bank Leasing<br>1566 Medical Drive<br>Pottstown, PA 19464-0274 | Bank of Jackson Hole<br>900 W. Broadway<br>Jackson, WY 83001 | Comerica<br>411 W. Lafayette Boulevard<br>2nd Floor/MC 3540<br>Detroit, MI 48226 |
| Fifth Third Bank<br>222 S. Riverside Plaza, 32nd Floor<br>Chicago, IL 60606 | First Premier Capital LLC<br>c/o Debra Devassy Babu<br>401 N. Michigan Avenue, Suite 550<br>Chicago, IL 60611 | Hewlett Packard<br>420 Mountain Avenue<br>Murray Hill, NY 07974 |
| ICON EAR, LLC<br>100 5th Avenue, 4th Floor<br>New York, NY 10011 | Leasing Innovations<br>261 North Highway 101<br>Solana Beach, CA 92706 | Libertyville Bank and Trust<br>507 N. Milwaukee Avenue<br>Libertyville, IL 60048 |
| Millennium Bank<br>2100 Miner Street<br>Des Plaines, IL 60016 | National City<br>101 S. 5th Street<br>Louisville, KY 40202 | Norstates Bank<br>c/o Mary E. Olson<br>Wildman Harrold Allen & Dixon LP<br>225 W. Wacker Drive, Suite 3000<br>Chicago, IL 60606-1007 |
| Republic Bank<br>2221 Camdem Court<br>Oak Brook, IL 60523 | SG Equipment Finance<br>480 Washington Boulevard<br>24th Floor<br>Jersey City, NJ 07310 | TD Banknorth<br>5 Commerce Park North<br>Bedford, NH 03110 |
| US Bank<br>1450 Channel Parkway<br>Marshall, MN 56258 | US Financial<br>9122 Montgomery Road, Suite 202<br>Cincinnati, OH 54242 | Velocity Financial Group<br>P.O. Box 856<br>Rosemont, IL 60018 |
| Monette W. Cope<br>Weltman Weinberg & Reis Co. LPA<br>180 N. LaSalle Street, Suite 2400<br>Chicago, IL 60601 | Citizens Bank & Trust of Chicago<br>5700 N. Central Avenue<br>Chicago, IL 60646-6410 | Fifth Third Bank<br>c/o Dykema Gossett<br>10 South Wacker Drive, Suite 2300<br>Chicago, IL 60606-7439 |
| FirstLease, Inc.<br>185 Commerce Drive<br>Fort Washington, PA 19034-2416 | Hewlett-Packard Financial Services Co.<br>c/o David N. Crapo<br>Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102-5310 | Rockford Capital Leasing, Inc.<br>c/o Gregory A. Biegel<br>Garrick Switzer Long Balsley et al.<br>6833 Stalter Drive, 1st Floor<br>Rockford, IL 61108-2579 |

Case 09-39937    Doc 216    Filed 03/04/10    Entered 03/04/10 13:20:26    Desc Main
Document      Page 5 of 18

TD Banknorth Leasing Corporation
Two Portland Square
Portland, ME  04101-4088

THE National Bank
1800 McDonough Road, Suite 210
Hoffman Estates, IL  60192-4565

VW Credit, Inc.
P.O. Box 829009
Dallas, TX  75382-9009

ABCO Leasing
22232 17th Avenue S.E.
Suite 204
Bothell, WA  98021-7411

Academic Capital Group
5947 Reliable Parkway
Chicago, IL  60686-0001

American Honda Finance
P.O. Box 168088
Irving, TX  75016-8088

Aero Express
N719 State Road 67
Ixonia, WSI  53036

AFLAC
1932 Wynnton Road
Columbus, GA  31999-0797

AGSCO
160 W. Hintz Road
Wheelingt, IL  60090-5755

All Control
1644 Cambridge Drive
Elgin, IL  60123-1143

Alpine Bearing
298 Lincoln Street
Alston, MA  02134-1319

Alster Machining
4243 W. Diversey Avenue
Chicago, IL  60639-2002

ALTEC Capital (Quail Capital)
33 Inverness Center Parkway
Suite 200
Birmingham, AL  35242-7642

American Bank-NC
8510 McAlpine Park Drive
Suite 210
Charlotte, NC  28211-6250

Amerigas
Dept. 0140
Palatine, IL  60055-0140

ARC Disposal
2101 S. Busse Road
Mt. Prospect, IL  60056-5566

Associated Bank
200 N. Adams
Green Bay, WI  54301-5174

AT & T Mobility
P.O. Box 30218
Los Angeles, CA  90030-0218

Atlas
P.O. Box 428
Palatine, IL  60078-0428

Volkswagen Credit Union
1401 Franklin Boulevard
Libertyville, IL  60048-4460

Advanced Wireless Semiconductor Co.
No. 6 DA-LI 1st Rd
Tainan Science –Based Industrial PK
HSIN-SHI TAINAN County, Taiwan

Aeroflex Metelics-East
54 Grenier Field Road
Londonderry, NJ  03053-2046

American Express
P.O. Box 981540
El Paso, TX  79998-1540

American Express
P.O. Box 0001
Los Angeles, CA  90096-8000

American Express
P.O. Box 360002
Ft. Lauderdale, FL  33336-0002

David Anstett
18400 W. Belvidere Road
Grayslake, IL  60030-9205

Mark Anstett
1111 Estate Lane
Lake Forest, IL  60045-3619

Luis Arcos
1115 Miller Lane
Apt. 204
Buffalo Grove, IL  60089-4249

Bank of the West
473 Sansome Street
29th Floor
San Francisco, CA  94111-3112

Bensman Group
2333 Waukegan Road, Suite 275
Bannockburn, IL  60015-1574

BlueCross BlueShield
P.O. Box 1186
Chicago, IL  60690-1186

Bruce Costello
5006 Carraige Lane
Santa Rosa, CA  95403-1365

Bryn Mawr
6 S. Bryn Mawr Avenue
Bryn Mar, PA  19010-3215

Bryton Engineering
1111 E. Warrenville Road
Naperville, IL  60563-1405

Burkert
7600 Hardin Drive
North Little Rock, AK  72117-1603

Balboa Leasing
2010 Main Street, 11th Floor
Irving, CA  92614-7273

Kyle Bennett
612 Belinder Lane, Apt. 2715
Schaumburg, IL  60173-5263

Shauntee Billups
1731 W. North Shore Avenue
#1
Chicago, IL  60626-4009

Shane Blocker
130 S. Pitt Street, Apt. 2
Carlisle, PA  17013-3424

Capital One
P.O. Box 6492
Carol Stream, IL  60197-6492

Carl Staehle Corp.
1840 Industrial Drive
Libertyville, IL  60048-9466

Ceramic Industries
P.o. Box 2600
Troy, MI  48007-2600

Charter National
P.O. Box 918
Streamwood, IL  60107-0918

Chubb & Sons, Inc.
c/o Soffer Rech & Borg LLP
48 Wall Street, 26th Floor
New York, NY  10005-2900

Cintas
1025 National Parkway
Schaumburg, IL  60173-5620

City Ornamental
254 N. State Street
Elgin, IL  60123-5453

Clearbrook
1835 W. Central Road
Arlington Heights, IL  60005-2410

Clickmail
1155 Triton Drive
Suite E
Foster City, CA  94404-1252

CM Financial
2333 Waukegan Road
Bannockburn, IL  60015-5508

ComEd
Attn:  Revenue Management Dept.
2100 Swift Drive
Oak Brook, IL  60523-1559

Comcast
P.O. Box 3001
Southeastern, PA  19398-3001

Community Bank
P.O. Box 146
Crooksville, OH  43731-0146

Compu-Solutions
4180 route 83
Suite 208A
Long Grove, IL  60047-9563

Court Square
114 E. Lexington Street
Baltimore, MD  21264-0001

Crossroads Bank
c/o Steve Jakubowski
The Coleman Law Firm
77 W. Wacker Drive, Suite 4800
Chicago, IL  60601

Christopher B. Lega
Riemer & Braunstein LLP
71 S. Wacker Drive, Suite 3515
Chicago, IL  60606-4610

Pascual Conchas
8N768 Brimfield Drive
Elgin, IL  60124-8634

John B. Costello
5006 Carriage Lane
Santa Rosa, CA  95403-1365

DAC
125 West Orchid Street
Itasca, IL  60143-1764

Delta Industries
2201 Curtiss Street
Downers Grove, IL  60515-4010

Digital Hub
1040 N. Halsted Street
Chicago, IL  60642-4222

Direct Energy
P.O. Box 643249
Pittsburgh, PA  15264-3249

Direct TV
P.O. Box 60036
Los Angeles, CA  90060-0036

Discover Financial Services LLC
P.O. Box 3025
New Albany, OH  43054-3025

Discover
P.O. Box 6103
Carol Stream, IL  60197-6103

Dynomax
965 Campus Drive
Mundelein, IL  60060

Thomas Davidson
3915 S. Wren Lane
Rolling Meadows, IL  60008-2960

Discover Bank
DFS Services LLC
P.O. Box 3025
New Albany, OH  43054-3025

Cody Doran
3946 N. Ravenswood Avenue
#406
Chicago, IL  60013-5679

Cory Doran
454 N. Aberdeen, Unit 3N
Chicago, IL  60642-7386

Richard Drucker
5701 W. Higgins
Chicago, IL  60630-2003

Elec Alcontrol
740 Industrial Road
Cary, IL  60013-3373

Environmental Futures
2210 W. Irving Park Road
Chicago, IL  60618-3806

Eyemed
P.O. Box 632530
Cincinnati, OH  45263-2530

Euclid Precision Grinding Co. Inc.
4896 E. 345th Street
Willoughby, OH  44094-4667

Farmers and Merchants Bank
41 S. First Street
Miamisburg, OH  45342-2871

FedEx
P.O. Box 371461
Pittsburgh, PA  15250-7461

First Community Bank
165 S. Randall Road
Elgin, IL  60123-5547

First DuPage Bank
P.O. Box 427
Westmont, IL  60559-0427

First Community Bank
165 S. Randall Road
Elgin, IL  60123-5547

First Leasing, Inc.
185 Commerce Drive
Fort Washington, PA  19034-2416

Flodyne
1000 Muirfield Drive
Hanover Park, IL  60133-5426

Fluid Power
110 Gordon Street
Elk Grove Village, IL  60007-1120

Fred Honkamp
4230 N. Oakland, #290
Milwaukee, WI  53211-2042

Freightquote
16025 W. 113th Street
Lenexa, KS  66219-5105

First Credit Funding LLC
5201 Olympic Drive NW
Suite 210
Gig Harbor, WA  98335-1778

George Ferguson
1521 E. Commerce Avenue
Carlisle, PA  17015-5166

Gis Venture
970 N. Oak Lawn Avenue
Suite 100
Elmhurst, IL  60126-1020

Global Contact
16 W. Main Street
Marlton, NJ  08053-2205

GMAC
P.O. Box 130424
Roseville, MN  55113-0004

GMAC  
P.O. Box 9001951  
Louisville, KY  40290-1951

Gonia Consulting  
1301 Clear Springs Trace  
Suite 200  
Louisville, KY  40223-3855

Grindal  
1551 E. Industrial Drive  
Itasca, IL  60143-1861

Grob, Inc.  
1731 10th Avenue  
Grafton, WI  53024-2401

Carlos Garcia  
1993 N. Heritage Circle  
Palatine, IL  60074-1412

Martin Garcia  
1993 N. Heritage Circle  
Palatine, IL  60074-`412

Harris N.A.  
P.O. Box 6201  
Carol Stream, IL  60197-6201

Herold  
P.O. Box 871185  
Wasilla, AL  99687-1185

Home Depot  
P.O. Box 6029  
The Lakes, NV  88901-6029

Honeywell  
12484 Collections Center Drive  
Chicago, IL  60693-0124

Hopatcong  
35 Byram Bay Road  
Hopatcong, NJ  007843-1921

Hosting.com  
P.O. Box 70309  
Louisville, KY  40270-0309

HP Financial  
420 Mountain Avenue  
Murray Hill, NJ  07974-2736

ICI Paint  
21033 Network Place  
Chicago, IL  60673-1210

KCL, LLC  
c/o P. Reid Lemasters  
3 Linden Way  
Wyoming, OH  45215-4208

KLC Financial  
3 Linden Lane  
Wyoming, OH  45215-4208

Tomasz Karasek  
23 N. Yale Avenue  
Villa Park, IL  60181-2340

Wojciech Karasek  
715 Whitesail Drive  
Schaumburg, IL  60194-3633

Kevin J. Simrad  
Reimer & Braunstein LLP  
Three Center Plaza, 6th Floor  
Boston, MA 02108-2003

Labor Network  
565 Dundee Avenue  
Elgin, IL  60120-3856

Lake Shore  
575 McCorkle Boulevard  
Westerville, OH  43082-8888

Lambda  
3055 Del Sol Boulevard  
San Diego, CA  92154-3474

Lamac Tech  
525 W. Van Buren, Suite 1150  
Chicago, IL  60607-3825

Leaf  
P.O. Box 6444006  
Cincinnati, OH  45264-0001

Leasing One Corporation  
202 W. Main Street  
Frankfort, KY  40601-1811

Locator Services  
P.O. Box 75363  
Baltimore, MD  21275-5363

Donald Lawson  
8027 South Avalon  
Chicago, IL  60619-4505

Leasing Innovations  
261 North Highway 101  
Solana Beach, CA  92075-1129

Victor Longoria  
5545 E. Celebrity Circle  
Hanover Park, IL  60133-5329

MAB Pant/Sherwin Williams  
16W485 S. Frontage Road, Suite 110  
Burr Ride, IL  60527

Stefan Sydor Optics, Inc.
c/o John W. Guzzardo
Shaw Gussis, et al.
321 N. Clark Street, Suite 800
Chicago, IL  60654

Marlin Leasing
P.O. Box 13604
Philadelphia, PA  19101-3604

Matrix Business Technologies
P.O. Box 742501
Cincinnati, OH  45274-2501

McCloud
2500 W. Higgins Road
Hoffman Estates, IL  60169-7200

McCollister
P.O. Box 822685
Philadelphia, PA  19182-2685

McMaster Carr
P.O. Box 7690
Chicago, IL  60680-7690

Mercedes Benz Financial
P.O. Box 9001680
Louisville, KY  40290-1680

Mfg. News
1633 Central Street
Evanston, IL  60201-1569

Mfritzsche
3638 N. Hamilton Avenue
Chicago, IL  60618-4915

Michigan Heritage
28300 Orchard Lake Road
Suite 200
Farmington Hills, MI  48334-3704

MNT Leasing, Inc.
c/o Barbara L. Farley, Esq.
P.O. Box 53659
Philadelphia, PA  19105-3659

Motion Ind.
2380 United Lane
Elk Grove Village, IL  60007-6815

N.E.T.
4811 Lamar Avenue, Suite 4
Mission, KS  66202-1765

Nathan Thomas
5216 N. Pleasant View Drive
McHenry, IL  60050-7600

National Lift Truck, Inc.
P.O. Box 5977
Carol Stream, IL  60197-5977

Neetek Systems Integration, Inc.
3182 Campus Drive
Suite 415
San Mateo, CA  94403-3123

Newmark
P.O. Box 94151
Palatine, IL  60094-4151

Nicor
P.O. Box 190
Aurora, IL  60507-0190

Norman Equipment
9850 S. Industrial Drive
Bridgeview, IL  60455-2319

The North Side Bank & Trust
c/o Scott R. Clar
Crane, Heyman, Simon Welch & Clar
135 S. LaSalle Street, Suite 3705
Chicago, IL  60603

Northway State Bank
480 W. Center Street
Grayslake, IL  60030-7827

Nissan Motor Acceptance Corp.
P.O. Box 660366
Dallas, TX  75266-0366

OFC Credit
3585 Atlanta Avenue
Atlanta, GA  31193-4109

Peck Bloom Miller
105 W. Adams, 31st Floor
Chicago, IL  60603-6227

Pentech Financial Services, Inc.
240 E. Hacienda Avenue, Suite 100
Cambpell, CA  95008-6617

Peoples Gas
Chicago, IL  60687-0001

Peter Wolters
P.O. Box 516514
Los Angeles, CA  90051-7801

Pisco
100 Leland Court, Unit A
Bensenville, IL  60106-1603

Pitney Bowes
P.O. Box 856390
Louisville, KY  40285-6390

Pre-Paid Legal
P.O. Box 2629
Ada, OK  74821-2629

| | | |
|---|---|---|
| Principal<br>P.O. Box 10372<br>Des Moines, IA  50306-0372 | Pro-Line<br>716 N. Edgewood Avenue<br>Wood Dale,, IL  60191-1259 | Jennifer Podraza<br>304 Kosan Circle<br>Streamwood, IL  60107-1122 |
| Quill<br>P.O. Box 37600<br>Philadelphia, PA  19101-0600 | Reliance Standard<br>P.O. Box 3124<br>Southeastern, PA  19398-3124 | Reid Supply<br>2265 Black Creek Road<br>Muskegan, MI  49444-2673 |
| Revere 2<br>3866 Paysphere Circle<br>Chicago, IL  60674-0038 | Red Oak Acquisition Fund V LLC<br>350 N. St. Paul Street, Suite 2900<br>Dallas, TX  75201-4234 | Rockford Capital Leasing Inc.<br>c/o Gregory A. Biegel<br>Barrick Switzer Long Balsley<br>   & Van Evera<br>6833 Stalter Drive, 1st Floor<br>Rockford, IL  61108-2579 |
| Signs Now<br>1300 B Remington Road<br>Schaumburg, IL  60173-4800 | State Comptroller – Texas<br>P.O. Box 149348<br>Austin, TX  78714-9348 | State Farm<br>9140 Waukegan Road<br>Morton Grove, IL  60053-2124 |
| Susquehanna Commercial<br>1566 Medical Drive, Suite 201<br>Pottstown, PA  19464-3229 | Sydor Optics<br>31 Jet View Drive<br>Rochester, NY  14624-4903 | Wilbur Smith<br>231 Old Town Road<br>Gardners, PA  17324-9098 |
| Sprint Nextel Correspondence<br>Attn:  Bankruptcy Department<br>P.O. Box 7949<br>Overland Park, KS  66207-0949 | Sprint Nextel Distribution<br>Attn:  Bankruptcy Department<br>P.O. Box 3326<br>Englewood, CO  80155-3326 | Brandon Stone<br>524 N. Airlite Street<br>Elgin, IL  60123-2678 |
| Tech-Asisst<br>3700 Palomar Lane<br>Austin, TX  78727-3034 | Tiger Drylac<br>3855 Swenson Avenue<br>St. Charles, IL  60174-3437 | Tomas Traxmandl<br>2619 N. 74th Avenue<br>Elmwood Park, IL  60707-1938 |
| Town and Country Leasing<br>P.O. Box 820116<br>Philadelphia, PA  19182-0116 | Nathan Thomas<br>5216 N. Pleasant View Drive<br>McHenry, IL  60050-7600 | Prism Business Solutions LLC<br>4974 S. Rainbow Boulevard, Suite 100<br>Las Vegas, NV  89118-1413 |
| Uline<br>2105 S. Lakeside drive<br>Waukegan, IL  60085-8308 | Used Equipment Directory<br>3700 Palomar Lane<br>Austin, TX  78727-3034 | Valtech Corp.<br>2113 Sanatoga Station Road<br>Pottstown, PA  19464-3275 |
| Verilease<br>P.O .Box 314<br>Highland Park, IL  60035-0314 | Veterans Messenger<br>P.O. Box 66973<br>Chicago, IL  60666-0973 | Village of Palatine<br>200 E. Wood Street<br>Palatine, IL  60067-5339 |

Vonlehman
4755 Lake Forest Drive
Cincinnati, OH  45242-3858

Martin Vavrich
275 E. Lincoln Avenue
Glendale Heights, IL  60139-2616

Waukegan Bank
1324 Golf Road
Waukegan, IL  60087-4831

Wafer Technology Ltd.
34 Maryland Road
Tongwell, Milton Keynes, Bucks
MK15 8HJ, United Kingdom

Xerox
P.O. Box 802567
Chicago, IL  60680-2567

Xocomm
P.O. Box 7158
Pasadena, CA  91109-7158

Yellow Pages
Attn:  Listing Dept.
P.O. Box 411450
Melbourne, FL  32941-1450

GIS Rolling, L.L.C.
970 N. Oak Lawn Avenue
Suite 100
Elmhurst, IL  60126-1020

Gerald F. Landowski
M&T Bank
Special Assets Department
One Fountain Plaza, 9th Floor
Buffalo, NY  14203

CoActiv Capital Partners, Inc.
c/o Bryan K. Duplechain
Sanchez Daniels & Hoffman LLP
333 W. Wacker Drive, Suite 500
Chicago, IL  60601

CoActiv Capital Partners, Inc.
c/o Inez M. Markovich
Deeb Petrakis Blum & Murphy PC
1601 Market Street, Suite 2600
Philadelphia, PA  19103

American Bank, FSB
c/o William C. Meyers and
Jeremy M. Downs
Goldberg Kohn
55 E. Monroe Street, Suite 3300
Chicago, IL  60603

Glen Bleeker
Sr. Associate-Lease Workout
Portfolio Management Group
KEY EQUIPMENT FINANCE INC.
1000 S. McCaslin Boulevard
Superior, CO  80027

# UNITED STATES BANKRUPTCY COURT
# FOR THE NOTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| EQUIPMENT ACQUISITION RESOURCES, INC. | Case No. 09-39937 |
| | Hon. John H. Squires |
| Debtor. | Date: March 11, 2010<br>Time: 9:30 a.m. |

### APPLICATION FOR ENTRY OF ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF ALLAN B. DIAMOND AND THE LAW FIRM OF DIAMOND MCCARTHY LLP AS SPECIAL LITIGATION COUNSEL TO THE DEBTOR

Equipment Acquisition Resources, Inc., debtor and debtor-in-possession ("EAR" or "Debtor"), by its counsel Arnstein & Lehr LLP, presents this application for entry of an order authorizing the Debtor to retain and employ, Allan B. Diamond and the law firm of Diamond McCarthy (collectively, the "Law Firm") as special litigation counsel to the Debtor in the above-captioned Chapter 11 case (the "Application"). The facts and circumstances supporting this Application are set forth herein and in the Affidavit of Allan B. Diamond ("Diamond Affidavit"), which is attached as <u>Exhibit A</u>. In support of this Application, the Debtor states respectfully as follows:

### JURISDICTION

1.      This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. Consideration of this Motion is a core proceeding pursuant to 28 U.S.C. §157(b). The statutory predicates for the relief requested herein are 11 U.S.C. §§ 327(a) and 328(a) and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules").

1

**BACKGROUND**

2. On October 23, 2009 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Chapter 11 Case"). On the same date, the Debtor filed its Bankruptcy Schedules and Statement of Financial Affairs.

3. Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtor continues to operate its business and manage its financial affairs as a debtor in possession. No trustee, examiner or committee has been appointed in this case.

4. The Debtor is an Illinois Corporation, organized and existing under the laws of the state of Illinois and operating in several buildings near its headquarters at 555 S. Vermont Street, Palatine, Illinois.

5. Prior to commencement of this case, the Debtor purported to be a market maker in the semiconductor manufacturing equipment sales and servicing industry. The Debtor marketed and sold technologically advanced equipment to customers throughout the world. The Debtor also purported to perform processing services for companies in the semiconductor industry.

6. The Debtor owned and/or leased numerous pieces of semiconductor manufacturing equipment. The Debtor has subsequently abandoned its interest in this equipment pursuant to Court order dated December 10, 2009.

7. On October 8, 2009, after it became clear that the Debtor may have engaged in fraudulent activity, the members of the Debtor's board of directors and its officers resigned. The shareholders elected William A. Brandt, Jr. as the sole member

of the board of directors and as the Chief Restructuring Officer (the "CRO"). The CRO filed the instant petition to manage the Debtor's assets for the benefit of all creditors.

8.   Prior to the Petition Date and during the time of the purported fraudulent activity, the Debtor employed VonLehman & Company, Inc. ("VonLehman"), a regional accounting firm with offices in Kentucky and Ohio, as independent auditors.

## RELIEF SOUGHT

9.   By this Application, the Debtor seeks authority to employ and retain Law Firm as special litigation counsel, on a contingency fee basis, for the purpose of investigating, analyzing and pursuing any potential claims the Debtor may have against VonLehman. Accordingly, the Debtor respectfully requests entry of an order granting the relief requested herein.

## SCOPE OF EMPLOYMENT

10.   The Debtor seeks to retain Law Firm as special litigation counsel because Law Firm has extensive experience in investigating, analyzing and pursuing claims similar to those the Debtor might have against VonLehman. The Debtor believes that Law Firm is both well-qualified and uniquely able to represent it against VonLehman in a most efficient and timely manner.

11.   The Debtor desires to retain Law Firm because of the extensive legal experience Law Firm has prosecuting wrongful conduct claims against professionals. The Debtor expects that Law Firm will be called upon to render professional services, including, but not limited to, the following:

    (a)   investigate, analyze and litigate potential claims against VonLehman;

  (b) pursue all appropriate claims for money damages and/or equitable remedies arising out of any and all wrongful conduct against VonLehman;

  (c) preparing, on behalf of the Debtor, all necessary court documents as dictated by the demands of case against VonLehman, or as required by a judge

  (d) representing the Debtor in any hearings or proceedings related thereto; and

  (d) performing all other legal services for the Debtor which may be necessary and proper to investigate, analyze and litigate potential claims.

12. The Debtor further submits that the employment of Law Firm as special litigation counsel will not be duplicative of, but will augment the services of the Debtor's general bankruptcy counsel. Law Firm has indicated its willingness to serve as the Debtor's special litigation counsel on the basis set forth herein and in the Diamond Affidavit and to render the services described herein. A copy of Law Firm's engagement letter is attached as <u>Exhibit 1</u> to the Diamond Affidavit.

## **COMPENSATION**

13. Section 327(a) of the Bankruptcy Code authorizes the employment of an attorney to represent the debtor in possession in carrying out the debtor in possession's duties. <u>See</u> 11 U.S.C. § 327(a). In accordance with Sections 328(a) of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court and other procedures that may be fixed by this Court, the Debtor requests that Law Firm be compensated on a contingent fee basis, plus reimbursement of the actual and necessary expenses Law Firm incurs.

14. Those expenses for which Law Firm ordinarily and customarily charges clients include, but are not limited to, telephone and telecopier tolls and other charges,

4

mail and express mail charges, special or hand delivery charges, document processing, photocopying services, courier services, overnight deliveries, computer assisted research, docket and court filing fees, telecommunications, travel expenses, court reporting charges, expenses for working meals, transcription costs, and any other incidental costs advanced by the firm specifically for these matters.

15. Pursuant to Law Firm's normal contingent fee agreements, Law Firm will be entitled to thirty-five percent (35%) of any net recovery the Debtor receives, less all out of pocket expenses paid by Law Firm, from the pursuit of claims against VonLehman. Upon the Debtor's receipt of any recovery, Law Firm will be entitled to payment of its applicable contingency fee pursuant to the calculation of its net recovery entitlement as of that date.

16. For example, assume Law Firm's total recovery from VonLehman as of January 1, 2011 was $3 million. Further assume that Law Firm had advanced and paid $250,000 in necessary expenses in connection with all cases as of that date. Law Firm would receive compensation in the amount of $1,212,500 and the Debtor would receive $1,787,500. This is because Law Firm would first receive reimbursement of its $250,000 expenses leaving a net recovery of $2.75 million. Law Firm would then receive 35% of $2.75 million, or $962,500, for a total payment of $1,212,500. This would leave the Debtor's recovery at $1,787,500.

17. This compensation structure allows the Debtor to minimize on-going administrative expenses while pursuing its potential claims against VonLehman. The Debtor will not be required to compensate the Law Firm, and diminish its assets, if the

Law Firm fails to recover anything from VonLehman. As such, approval of VonLehman's employment on a contingent fee basis is in the best interest of the estate.

### LAW FIRM DOES NOT HOLD OR REPRESENT ANY ADVERSE INTEREST

18. To the best of the Debtor's knowledge and based upon the Diamond Affidavit, Law Firm does not hold or represent any interest adverse to the Debtor or its Chapter 11 estate, creditors or any other party in interest, and Law Firm is a "disinterested person" as such term is defined in section 101(14) of the Bankruptcy Code.

19. Except as set forth in the Diamond Affidavit, to the best of the Debtor's knowledge, Law Firm does not have any connections with the Debtor, its creditors, any other parties in interest, their current respective attorneys, the United States Trustee or any person employed in the Office of the United States Trustee.

20. Law Firm is not a creditor of the Debtor.

### NOTICE AND PRIOR APPLICATION

21. Notice of this Motion has been provided to (a) the Office of the United States Trustee for this District; (b) the Lenders; (c) the Law Firm; (d) any and all relevant taxing authorities; and (e) any other party who has requested notice in the Chapter 11 Case. The Debtor requests that any further notice required under the Federal Rules of Bankruptcy Procedure be waived.

### CONCLUSION

WHEREFORE, the Debtor respectfully request that this Court enter the attached order (i) granting this Application pursuant to Bankruptcy Rule 2014; (ii) authorizing the Debtor to retain and employ Allan B. Diamond and the Law Firm of Diamond McCarthy

LLP as special litigation counsel in this Chapter 11 case pursuant to section 327(a) of the Bankruptcy Code; and (iii) granting such other relief as this Court may deem just and proper.

**EQUIPMENT ACQUISITION RESOURCES, INC.**

By: /s/ George P. Apostolides
     One of its Attorneys

Barry A. Chatz (06196639)
George P. Apostolides (06228768)
Kevin H. Morse (06297244)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Phone: (312)876-7100
Fax: (312)876-0288

7

8900216.1